# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERNSTEIN, STUART M. | U.S. Bankruptcy Court | 05/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Fordham Law Alumni Association |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Defined Benefit Plan |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | 401K Plan | | | | | | | | | |
| 2. | -- Vanguard Prime Money Market Instl (401k) | D | Dividend | N | T | | | | | |
| 3. | -- T. Rowe Price Personal Strat Balanced (401k) | D | Dividend | N | T | | | | | |
| 4. | JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 5. | Citibank Accounts | A | Interest | N | T | | | | | |
| 6. | Citibank Account | A | Interest | M | T | | | | | |
| 7. | Citibank Account | A | Interest | K | T | | | | | |
| 8. | Keogh (Target) Plan--Plan I | F | Int./Div. | O | T | Distributed (part) | 12/31/19 | K | | |
| 9. | Nassau Life Insurance (Whole Life) | B | Dividend | L | T | | | | | |
| 10. | Capital "A" Account | D | Interest | M | T | Distributed (part) | 02/01/19 | M | | |
| 11. | Jensen Quality Growth (2588) | D | Dividend | N | T | Buy (add'l) | 02/01/19 | M | | |
| 12. | | | | | | Buy (add'l) | 02/01/19 | M | | |
| 13. | Schwab US Treasury Money Fund (2588) | A | Interest | | | Redeemed | 12/31/19 | O | | |
| 14. | Money Market Sweep (2588) | A | Interest | | | Redeemed | 09/13/19 | O | | |
| 15. | Cash (2588) | A | Interest | L | T | Open | 09/13/19 | O | | |
| 16. | T. Rowe Price Capital Appreciation (2588) | D | Dividend | O | T | Buy (add'l) | 02/06/19 | M | | |
| 17. | | | | | | Sold (part) | 07/15/19 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR S&P 500 Index (2588) | A | Dividend | M | T | Buy (add'l) | 04/24/19 | M | | |
| 19. | | | | | Buy (add'l) | 09/18/19 | M | | |
| 20. | | | | | Sold (part) | 05/13/19 | M | | |
| 21. American Funds EuroPacific Growth-A (2588) | | None | | | Buy (add'l) | 03/22/19 | M | | |
| 22. | | | | | Buy (add'l) | 04/03/19 | M | | |
| 23. | | | | | Buy (add'l) | 04/16/19 | M | | |
| 24. | | | | | Sold (part) | 05/14/19 | M | C | |
| 25. | | | | | Sold | 05/31/19 | N | | |
| 26. Nuveen High Yield Muni Bond Fund C1 A (2588) | E | Dividend | M | T | Buy | 03/22/19 | N | | |
| 27. | | | | | Buy (add'l) | 05/17/19 | M | | |
| 28. | | | | | Sold (part) | 11/19/19 | M | D | |
| 29. | | | | | Sold (part) | 12/11/19 | M | D | |
| 30. Rydex Inverse S&P 500 Strategy Fund (2588) | | None | | | Sold (part) | 01/23/19 | M | C | |
| 31. | | | | | Sold | 01/25/19 | M | C | |
| 32. Schwab Value Advantage (2588) | D | Dividend | | | Buy (add'l) | 09/10/19 | N | | |
| 33. | | | | | Sold (part) | 02/13/19 | M | | |
| 34. | | | | | Sold (part) | 02/19/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold<br>(part) | 02/26/19 | N | | |
| 36. | | | | | | Sold<br>(part) | 03/22/19 | O | | |
| 37. | | | | | | Sold<br>(part) | 04/16/19 | N | | |
| 38. | | | | | | Sold | 10/17/19 | N | | |
| 39. | iShares Russell 1000 Value (2588) | B | Dividend | M | T | Buy | 10/17/19 | M | | |
| 40. | Ishares Tr Russell (2588) | B | Dividend | N | T | Buy | 06/21/19 | N | | |
| 41. | | | | | | Buy<br>(add'l) | 07/11/19 | M | | |
| 42. | | | | | | Buy<br>(add'l) | 11/19/19 | M | | |
| 43. | | | | | | Buy<br>(add'l) | 12/11/19 | M | | |
| 44. | | | | | | Sold<br>(part) | 08/06/19 | M | | |
| 45. | | | | J | | Sold<br>(part) | 08/14/19 | M | | |
| 46. | | | | | | Sold<br>(part) | 08/27/19 | M | | |
| 47. | Pacer Trendpilot US (2588) | D | Dividend | N | T | Buy | 02/26/19 | N | | |
| 48. | SPDR Barclays High Yield (2588) | D | Dividend | N | T | Buy | 02/13/19 | N | | |
| 49. | Vanguard FTSE All-World ex-US (2588) | B | Dividend | M | T | Buy | 11/04/19 | M | | |
| 50. | American Century Equity (2588) | D | Dividend | N | T | Buy | 01/30/19 | N | | |
| 51. | Agr Large Cap Defensive (2588) | C | Dividend | N | T | Buy | 02/19/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Prudential High Yield (2588) | | None | N | T | Buy | 01/14/19 | N | | |
| 53.  T. Rowe Price Capital Appreciation (5289) | D | Dividend | N | T | Buy (add'l) | 04/15/19 | M | | |
| 54. | | | | | Sold (part) | 07/15/19 | M | C | |
| 55.  Jensen Quality Growth (5289) | C | Dividend | N | T | Buy (add'l) | 03/28/19 | M | | |
| 56. | | | | | Buy (add'l) | 09/12/19 | M | | |
| 57. | | | | | Sold (part) | 05/13/19 | M | | |
| 58.  Rydex Internet Fund (5289) | | None | | | Buy | 04/12/19 | M | | |
| 59. | | | | | Buy (add'l) | 04/23/19 | M | | |
| 60. | | | | | Sold (part) | 05/24/19 | M | | |
| 61. | | | | | Sold | 06/03/19 | M | | |
| 62.  Schwab Value Advantage (5289) | D | Dividend | | | Sold (part) | 02/06/19 | M | | |
| 63. | | | | | Buy (add'l) | 05/28/19 | N | | |
| 64. | | | | | Sold (part) | 02/13/19 | N | | |
| 65. | | | | | Sold (part) | 02/15/19 | M | | |
| 66. | | | | | Sold (part) | 03/19/19 | M | | |
| 67. | | | | | Sold (part) | 03/21/19 | M | | |
| 68. | | | | | Sold (part) | 03/28/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/02/19 | N | | |
| 70. | | | | | Sold (part) | 10/18/19 | M | | |
| 71. | | | | | Sold | 11/04/19 | N | | |
| 72. SPDR Gold Shares (5289) | | None | | | Sold | 04/15/19 | M | C | |
| 73. Money Market Sweep (5289) | A | Interest | | | Redeemed | 09/13/19 | O | | |
| 74. Cash (5289) | A | Interest | M | T | Open | 09/13/19 | O | | |
| 75. Guggenheim S&P 500 Equal (5289) | D | Dividend | N | T | Buy | 01/30/19 | M | | |
| 76. | | | | | Buy (add'l) | 02/13/19 | M | | |
| 77. | | | | | Buy (add'l) | 09/06/19 | M | | |
| 78. | | | | | Sold (part) | 05/15/19 | M | D | |
| 79. | | | | | Sold (part) | 05/29/19 | M | A | |
| 80. Ishares Gold (5289) | | None | M | T | Buy | 09/24/19 | M | | |
| 81. Ishares Msci Emerging Mkt. Fund (5289) | C | Dividend | M | T | Buy | 11/04/19 | M | | |
| 82. Ishares Russell 1000 Value (5289) | B | Dividend | M | T | Buy | 10/10/19 | M | | |
| 83. | | | | | Buy (add'l) | 10/18/19 | M | | |
| 84. | | | | | Sold (part) | 11/25/19 | M | D | |
| 85. Ishares Tr Russell (5289) | B | Dividend | | | Buy | 03/19/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 03/21/19 | M | | |
| 87. | | | | | Buy (add'l) | 04/30/19 | M | | |
| 88. | | | | | Sold (part) | 05/14/19 | M | B | |
| 89. | | | | | Sold | 10/02/19 | N | C | |
| 90. PowerShares S&P 500 Low Volatility (5289) | C | Dividend | N | T | Buy | 06/06/19 | M | | |
| 91. | | | | | Buy (add'l) | 10/03/19 | M | | |
| 92. PowerShares Qqq Trust (5289) | A | Dividend | M | T | Buy | 11/27/19 | M | | |
| 93. Schwab US Broad Mkt (5289) | C | Dividend | N | T | Buy | 02/06/19 | M | | |
| 94. | | | | | Buy (add'l) | 09/06/19 | L | | |
| 95. SPDR S&P 500 (5289) | | None | M | T | Buy | 10/24/19 | M | | |
| 96. Vaneck Vectors Gold (5289) | | None | | | Buy | 06/21/19 | M | | |
| 97. | | | | | Sold | 09/11/19 | M | E | |
| 98. Vanguard Growth (5289) | B | Dividend | N | T | Buy | 06/11/19 | N | | |
| 99. | | | | | Buy (add'l) | 11/15/19 | M | | |
| 100. | | | | | Sold (part) | 10/24/19 | M | D | |
| 101. JPMorgan Emerging Mkts (5289) | | None | | | Buy | 01/25/19 | M | | |
| 102. | | | | | Sold | 08/22/19 | M | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Rydex Health Care Fund (5289) | | None | | | Buy | 02/25/19 | M | | |
| 104. | | | | | Sold | 03/28/19 | M | | |
| 105.  Rydex Nova Fund (5289) | | None | | | Buy | 07/03/19 | M | | |
| 106. | | | | | Sold | 08/05/19 | M | | |
| 107.  Rydex Technology Fund (5289) | | None | | | Buy | 02/05/19 | M | | |
| 108. | | | | | Buy (add'l) | 02/22/19 | L | | |
| 109. | | | | | Sold (part) | 05/23/19 | M | D | |
| 110. | | | | | Sold | 05/31/19 | M | A | |
| 111.  Schwab Value Advantage (IRA-1410) | A | Dividend | | | Sold (part) | 02/13/19 | J | | |
| 112. | | | | | Sold (part) | 02/19/19 | K | | |
| 113. | | | | | Sold (part) | 02/26/19 | K | | |
| 114. | H1 | | | | Sold (part) | 03/25/19 | L | | |
| 115. | | | | | Sold (part) | 04/16/19 | K | | |
| 116. | | | | | Buy (add'l) | 09/10/19 | K | | |
| 117. | | | | | Sold | 10/17/19 | K | | |
| 118.  Schwab U.S. Treasury Money Funds (IRA-1410) | A | Interest | | | Sold | 12/31/19 | J | | |
| 119.  Cash (IRA-1410) | A | Interest | J | T | Open | 09/13/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Money Market Sweep (IRA-1410) | A | Interest | | | Redeemed | 09/13/19 | L | | |
| 121. Rydex Inverse S&P 500 Strategy Fund (IRA-1410) | | None | | | Sold (part) | 01/23/19 | K | A | |
| 122. | | | | | Sold | 01/25/19 | K | A | |
| 123. T. Rowe Price Capital Appreciation (IRA-1410) | A | Dividend | L | T | Buy (add'l) | 03/06/19 | J | | |
| 124. | | | | | Sold (part) | 07/15/19 | J | A | |
| 125. Ishares Iboxx High Yield (IRA-1410) | B | Dividend | K | T | Buy | 02/13/19 | K | | |
| 126. Ishares Russell 1000 Value (IRA-1410) | A | Dividend | K | T | Buy | 10/17/19 | K | | |
| 127. Ishares Tr Russell (IRA-1410) | A | Dividend | K | T | Buy | 06/21/19 | K | | |
| 128. | | | | | Buy (add'l) | 07/11/19 | K | | |
| 129. | | | | | Buy (add'l) | 11/19/19 | K | | |
| 130. | | | | | Buy (add'l) | 12/10/19 | K | | |
| 131. | | | | | Sold (part) | 08/06/19 | J | | |
| 132. | | | | | Sold (part) | 08/14/19 | K | | |
| 133. | | | | | Sold (part) | 08/27/19 | K | | |
| 134. Spdr S&P 500 (IRA-1410) | A | Dividend | K | T | Buy | 04/24/19 | K | | |
| 135. | | | | | Buy (add'l) | 09/18/19 | K | | |
| 136. | | | | | Sold (part) | 05/13/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  American Century Equity (IRA-1410) | A | Dividend | K | T | Buy | 01/30/19 | K | | |
| 138.  American Fund Growth (IRA-1410) | | None | | | Buy | 03/25/19 | K | | |
| 139. | | | | | Buy (add'l) | 04/03/19 | K | | |
| 140. | | | | | Buy (add'l) | 04/16/19 | K | | |
| 141. | | | | | Sold (part) | 05/14/19 | K | A | |
| 142. | | | | | Sold | 05/30/19 | K | | |
| 143.  American Fund High Income (IRA-1410) | B | Dividend | K | T | Buy | 01/09/19 | K | | |
| 144.  Aqr Large Cap Defensive (IRA-1410) | A | Dividend | K | T | Buy | 02/19/19 | K | | |
| 145.  Doubleline Total Return (IRA-1410) | B | Dividend | K | T | Buy | 03/25/19 | K | | |
| 146. | | | | | Buy (add'l) | 05/17/19 | K | | |
| 147. | | | | | Sold (part) | 11/19/19 | K | A | |
| 148. | | | | | Sold (part) | 12/10/19 | K | A | |
| 149.  Jensen Quality Growth Fund (IRA-1410) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 150.  Jhancock International Growth (IRA-1410) | A | Dividend | K | T | Buy | 11/01/19 | K | | |
| 151.  Parnassus Core Equity Fund (IRA-1410) | A | Dividend | K | T | Buy | 02/26/19 | K | | |
| 152.  T. Rowe Price Capital Appreciation (IRA-5055) | A | Dividend | L | T | Buy (add'l) | 04/15/19 | K | | |
| 153. | | | | | Sold (part) | 07/15/19 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Jensen Quality Growth (IRA-5055) | A | Dividend | L | T | Buy (add'l) | 03/28/19 | J | | |
| 155. | | | | | Buy (add'l) | 09/12/19 | K | | |
| 156. | | | | | Sold (part) | 05/15/19 | K | | |
| 157. Guggenheim S&P 500 Equal (IRA-5055) | A | Dividend | K | T | Buy | 01/30/19 | K | | |
| 158. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 159. Ishares Gold (IRA-5055) | | None | K | U | Buy | 09/24/19 | K | | |
| 160. Rydex Inverse S&P 500 Strategy Fund (IRA-5055) | | None | | | Sold (part) | 01/18/19 | K | | |
| 161. | | | | | Sold | 01/24/19 | K | | |
| 162. Schwab Value Advantage (IRA-5055) | B | Dividend | | | Sold (part) | 02/06/19 | J | | |
| 163. | | | | | Sold (part) | 02/13/19 | K | | |
| 164. | | | | | Sold (part) | 02/15/19 | K | | |
| 165. | | | | | Sold (part) | 03/19/19 | K | | |
| 166. | | | | | Sold (part) | 03/21/19 | K | | |
| 167. | | | | | Sold (part) | 04/02/19 | L | | |
| 168. | | | | | Buy (add'l) | 05/28/19 | K | | |
| 169. | | | | | Sold | 10/18/19 | K | | |
| 170. SPDR Gold Shares (IRA-5055) | | None | | | Sold | 04/15/19 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Money Market Sweep (IRA-5055) | A | Interest | | | Redeemed | 09/13/19 | L | | |
| 172. Cash (IRA-5055) | A | Interest | K | T | Open | 09/13/19 | L | | |
| 173. Ishares Tr Russell (IRA-5055) | A | Dividend | | | Buy | 03/19/19 | K | | |
| 174. | | | | | Buy<br>(add'l) | 03/21/19 | K | | |
| 175. | | | | | Buy<br>(add'l) | 04/02/19 | K | | |
| 176. | | | | | Sold<br>(part) | 05/14/19 | K | A | |
| 177. | | | | | Sold | 10/02/19 | K | A | |
| 178. PowerShares S&P 500 Low Volatility<br>(IRA-5055) | A | Dividend | K | T | Buy | 06/06/19 | L | | |
| 179. | | | | | Buy<br>(add'l) | 10/03/19 | K | | |
| 180. Schwab US Broad Market (IRA-5055) | A | Dividend | K | T | Buy | 02/06/19 | K | | |
| 181. | | | | | Buy<br>(add'l) | 02/13/19 | K | | |
| 182. | | | | | Buy<br>(add'l) | 09/06/19 | K | | |
| 183. | | | | | Sold<br>(part) | 05/15/19 | K | A | |
| 184. | | | | | Sold<br>(part) | 05/29/19 | K | A | |
| 185. Spdr S&P 500 (IRA-5055) | | None | K | T | Buy | 10/23/19 | K | | |
| 186. Vaneck Vectors Gold (IRA-5055) | | None | | | Buy | 06/21/19 | K | | |
| 187. | | | | | Sold | 09/11/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Vanguard Growth (IRA-5055) | A | Dividend | K | T | Buy | 06/11/19 | K | | |
| 189. | | | | | Buy<br>(add'l) | 11/15/19 | K | | |
| 190. | | | | | Sold<br>(part) | 10/23/19 | K | A | |
| 191. Invesco Comstock Y (IRA-5055) | A | Dividend | K | T | Buy | 10/10/19 | K | | |
| 192. | | | | | Buy<br>(add'l) | 10/18/19 | K | | |
| 193. | | | | | Sold<br>(part) | 12/02/19 | K | B | |
| 194. JPmorgan Emerging Markets Equity<br>(IRA-5055) | A | Dividend | K | T | Buy | 01/25/19 | K | | |
| 195. | | | | | Buy<br>(add'l) | 11/01/19 | K | | |
| 196. | | | | | Sold<br>(part) | 08/22/19 | K | B | |
| 197. Rydex Health Care Fund (IRA-5055) | | None | | | Buy | 02/15/19 | K | | |
| 198. | | | | | Sold | 03/28/19 | K | | |
| 199. Rydex Internet Fund (IRA-5055) | | None | | | Buy | 04/12/19 | K | | |
| 200. | | | | | Buy<br>(add'l) | 04/23/19 | K | | |
| 201. | | | | | Sold<br>(part) | 05/24/19 | K | | |
| 202. | | | | | Sold | 06/03/19 | K | | |
| 203. Rydex Nova Fund (IRA-5055) | | None | K | T | Buy | 07/03/19 | K | | |
| 204. | | | | | Buy<br>(add'l) | 12/04/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Rydex Technology Fund (IRA-5055) | | None | | | Buy | 02/05/19 | K | | |
| 206. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 207. | | | | | Sold (part) | 05/23/19 | K | A | |
| 208. | | | | | Sold | 05/31/19 | K | A | |
| 209.  Trust # 1 | | | | | | | | | |
| 210.  - JP MorganChase Bank Account | A | Interest | J | T | | | | | |
| 211.  -John Hancock Life Insurance Policy | D | Interest | M | U | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All information and explanations relate to Part VII:

Lines 8:   As a retiree, my spouse receives monthly distributions from the Keogh (Target) Plan.  The aggregate amount of the monthly distributions in 2018 is listed in column "D(3)" as having been made on December 31, 2019

Line 9:  The name of Phoenix Life Insurance Company was changed to Nassau Life Insurance Company, effective October 10, 2018.

Line 10: No contributions were made to the Capital "A" account in 2019.

Line 13-15, 73-74, 118-20; 171-72:   On September 13, 2019, the "Money Sweep" was transferred to "Cash."  The "Schwab US Treasury Money Fund," "Money Sweep" and "Cash" are cash accounts that were used throughout 2019 to receive cash from sales and fund new purchases.

lines 11-208: I maintain two IRA brokerage accounts and my spouse and I maintain two brokerage accounts held as tenants in common with Charles Schwab. The report identifies the security that is the subject of the reported transaction with a parenthetical reference that identifies the last four digits of the account number and whether the account is an IRA account.  Where multiple purchases or sales were made during the year, the aggregate amount of the income, if any, and the value of the asset (if held at the end of the reporting period) are reported on the first line on which the asset is listed.

line 211:  The John Hancock Life Insurance Policy is a Flexible Premium Survivorship Universal Life ("Second to Die") policy that my spouse and I maintain for the benefit of our son.  I am not aware of any investment options and have never directed any investments.  In addition, the value listed in column c(2) is the gross value and does not reflect the substantial "surrender charge" in the event that the policy is cancelled.

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STUART M. BERNSTEIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544